# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

---

MINUTES OF PROCEEDINGS – CIVIL

---

| | |
|---|---|
| TOBI DAGY, | CASE No. 5:23-cv-2120 |
| Plaintiff, | DATE: February 13, 2024 |
| v. | JUDGE DAVID A. RUIZ |
| SANOFI-AVENTIS U.S. LLC, *et al.*, | COURT REPORTER: n/a |
| Defendants. | |

---

Attorney for Plaintiff: Pierce A.F. Jones

Attorneys for Defendants: Matthew E. DePaz; David J. Dirisamer

---

PROCEEDINGS:  The court held a telephonic case management conference on this date with the above counsel, and Defendant representative Adrian Byard. The court established a discovery schedule and set dispositive motion deadlines as indicated in a separate case management order to follow.

---

Total Time: 30 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge